# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 17, 2006

130123

MICHAEL G. BRADLEY,
        Plaintiff-Appellee,

v

GENERAL MOTORS CORPORATION,
        Defendant-Appellant.

SC: 130123
COA: 263960
WCAC: 04-000256

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

      On order of the Court, the application for leave to appeal the November 16, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



s0510

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 17, 2006

_____
Clerk